```
IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**LAURA K. THOMAS,**

    **Plaintiff,**

**v.**                        **//   CIVIL ACTION NO. 1:06CV52**
                                                  **(Judge Keeley)**

**BRANCH BANKING AND TRUST COMPANY,**

    **Defendant.**

## ORDER FOLLOWING FINAL PRETRIAL CONFERENCE

On August 30, 2007, the Court held a final pretrial conference at which it **GRANTED-IN-PART** and **DENIED-IN-PART** the defendant's pending motion for summary judgment and also ruled on the parties' pending motions _in limine_ as follows:

- Plaintiff's Motion _In Limine_ to Exclude Evidence Regarding Purported Liability of Non-Parties (dkt no. 105) is **DENIED;**

- Plaintiff's Motion _In Limine_ to Exclude Evidence Regarding Certain Purported Corporate Records Prepared By State Bancorp (dkt no. 106) is **DENIED;**

- Defendant's Motion _In Limine_ to Preclude Plaintiff's Expert From Presenting Testimony or Evidence Regarding the Interpretation of a Written Agreement Between the Parties (dkt no. 107) is **DENIED** as moot;

- Defendant's Motion In Limine to Preclude Plaintiff from Presenting Evidence Regarding "Suspect" Nature of State Bancorp Stock Records and Related Documents (dkt no. 108) is **DEFERRED;**

- Defendant's Motion _In Limine_ to Preclude Parol Testimony or Evidence Regarding the Collateral Transfer Agreement (dkt no. 109) is **DENIED** as moot;

- Defendant's Motion _In Limine_ to Preclude Testimony or Evidence Regarding Relationship to Jackson Kelly PLLC (dkt no. 110) is **GRANTED;**

**Thomas v. Branch Banking and Trust Company**            1:06cv52

**ORDER FOLLOWING FINAL PRETRIAL CONFERENCE**

- Defendant's Motion <u>In</u> <u>Limine</u> to Preclude Plaintiff From Presenting Testimony or Evidence Regarding the Authenticity of Mr. Thomas's Signature in This Action (dkt no. 111) is **DEFERRED**;

- Defendant's Motion <u>In</u> <u>Limine</u> to Preclude Plaintiff From Presenting Testimony or Evidence Regarding the Timing of the Production of the Collateral Register Receipt in This Action (dkt no. 112) is **GRANTED**; and

- Defendant's Motion <u>In</u> <u>Limine</u> to Preclude Plaintiff From Presenting Testimony or Evidence Regarding the Felony Conviction of Paul Thomas (dkt no. 113) is **DENIED** as a method of impeachment by Plaintiff if Defendant calls Mr. Thomas as a witness, but **GRANTED** as to any other use.

It is **SO ORDERED.**

The Clerk is directed to transmit copies of this order to counsel of record.

DATED: September 5, 2007.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE