IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

LAURA K. THOMAS,

      Plaintiff,

v.                    //         CIVIL ACTION NO. 1:06cv52
                                     (Judge Keeley)

BRANCH BANKING AND TRUST COMPANY,

      Defendant.


<u>ORDER</u>


    It appearing to the Court that the jury in the above-styled criminal action has begun deliberating its verdict and has not at this time indicated that they have arrived at a verdict as to the Indictment; that in the interest of justice the jury should continue its deliberations; that the jury has advised the Court through the Court Security Officer that the jury desires to continue its deliberations through the lunch hour; it is

    **ADJUDGED** and **ORDERED** that, pursuant to 28 U.S.C. § 1871(e), the Clerk of the Court of this District shall provide the members of the jury with their lunch on September 12, 2007 in the jury room and the Court believing that it is advisable for the jury to remain in the jury room, the Court will deliver food as ordered by said jurors.

DATED: September 12, 2007


                        /s/ Irene M. Keeley
                        IRENE M. KEELEY
                        UNITED STATES DISTRICT JUDGE