```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**LAURA K. THOMAS,**

    **Plaintiff,**

**v.**                              **CIVIL ACTION  NO. 1:06CV52**

**BRANCH BANKING AND TRUST COMPANY,**

    **Defendant.**

### ORDER DENYING REMAINING MOTIONS AS MOOT

This action came on for trial before the Court and a jury, the Honorable Irene M. Keeley, United States District Judge, presiding, on September 10, 11 and 12, 2007.  The issues having been duly tried, the jury rendered its verdict on the 12th day of September, 2007, for the Defendant.

At the time of trial, this Court had deferred ruling on two motions in limine (dkt. nos. 108 and 111) which sought to exclude certain evidence from trial.  Neither side attempted to present the disputed evidence at trial and the matter is now concluded.

Therefore, "Defendant BB&T's Motion in Limine to Preclude Plaintiff from Presenting Evidence Regarding `Suspect' Nature of State Bancorp Stock Records and Related Documents" (dkt. no. 108) and "Defendant BB&T's Motion in Limine to Preclude Plaintiff from Presenting Testimony of Evidence Regarding the Authenticity of Mr. Thomas's Signature in this Action" (dkt. no. 111) are **DENIED AS MOOT**.

**ORDER DENYING REMAINING MOTIONS AS MOOT**

The Clerk is directed to transmit copies of this order to counsel of record.

DATED: September 24, 2007

>                               /s/ Irene M. Keeley
>                               IRENE M. KEELEY
>                               UNITED STATES DISTRICT JUDGE